**NOT FOR PUBLICATION**

```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS & ST. JOHN
```

|  |  |
|---|---|
| **DEE DEE BYAS,** )<br>)<br>           **Plaintiff,**     )<br>)<br>      v.                       )<br>)<br>**LEGISLATURE OF THE VIRGIN** )<br>**ISLANDS, and USIE RICHARDS, in** )<br>**both his official and personal** )<br>**capacities,**                  )<br>)<br>           **Defendants.**    )<br>_____) | **Civil No. 2006-238** |

**ATTORNEYS:**

**Karin A. Bentz, Esq.**
St. Thomas, U.S.V.I.
        *For the plaintiff.*

**Jeffrey B. Moorehead, Esq.**
St. Croix, U.S.V.I.
        *For the defendants.*

**Claudette V. Ferron, Esq.**
St. Thomas, U.S.V.I.
        *For the defendants.*

<u>ORDER</u>

**GÓMEZ, C.J.**

   On November 24, 2008, the defendants filed a motion for partial summary judgment.[1]  On December 1, 2008, the defendants filed a memorandum of law in support of their November 24, 2008, motion for partial summary judgment.

---

   [1] The November 24, 2008, motion was unaccompanied by a memorandum of law.

*Byas v. Legislature of the V.I., et al.*
Civil No. 2006-238
Order
Page 2

Local Rule of Civil Procedure 7.1(d) provides that "no document filed with the Court shall exceed twenty (20) pages without leave of Court." LRCi 7.1(d).

The defendants' motion is twenty-four pages long, excluding exhibits. The record does not reflect that the defendants sought, or were granted, leave of court to file a motion in excess of twenty pages.

Local Rule of Civil Procedure 56.1(a)(1) provides, in part, that summary judgment motions shall be accompanied by "a separate statement of the material facts about which the movant contends there is no genuine issue." LRCi 56.1(a)(1). That rule also provides that "[e]ach fact paragraph shall be serially numbered and shall be supported by specific citation to the record." *Id.*

The defendants' motion neither includes nor is accompanied by a separate statement of material facts.

The premises considered, it is hereby

**ORDERED** that the defendants' motion for partial summary judgment is **DENIED** without prejudice.

S\_____
**CURTIS V. GÓMEZ**
**Chief Judge**